UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PROBATION OFFICE

FILED

2006 NOV -7  P 12: 20

UNITED STATES OF AMERICA

Vs.

CRIMINAL NO. 3:05CR00266(SRU)

DOMINIC DEFONZO

## ORDER VACATING WARRANT AND PETITION

Whereas a Petition was issued on April 25, 2006, charging violation of Standard Condition: "You shall not commit another federal, state, or local crime," now it seems that he best interest of justice would be served by withdrawal of said Petition and Complaint as noted on Probation Form 12, and

IT IS HEREBY ORDERED that said Petition and Complaint be vacated.

Signed and dated at Bridgeport, Connecticut, this 7th day of November 2006.

The Honorable Stefan R. Underhill
United States District Judge